UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| YUANLAN SWEI | : | CIVIL ACTION: 19-cv-18166-ES-ESK |
| Plaintiff, | : | |
| | : | |
| v. | : | ORDER FOR DISMISSAL |
| | : | |
| ALLERGAN PLC et al | : | **CLOSED** |
| Defendant, | : | |
| | : | |
| | : | |

It appearing that the above captioned matter having been pending for more than 90 days and plaintiff having failed to effect service during this time and the Court having noticed plaintiff for dismissal pursuant to F.R. Civ. P. Rule 4(m) and good cause not having been shown as to why this action should not be dismissed,

IT IS ON THIS  19__  day of  March, 2020,_

O R D E R E D that the above case is hereby dismissed, pursuant to F.R. Civ. P. Rule 4(m), without prejudice and without costs.

s/ Esther Salas
ESTHER SALAS, U.S.D.J.